AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
August 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: VP
DEPUTY

| | |
|---|---|
| United States of America <br> v. <br> Heriberto MONSIVAIS Lopez <br> Aka "Erik Lopez" <br> A XXX XXX 996 <br> *Defendant(s)* | Case No. SA:25-MJ-1143 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 13, 2025  in the county of  BEXAR  in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.SC. § 922(g)(5) | Illegal Alien in Possession of a Firearm <br><br> Penalties: Up to 15 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, and $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

HANS C MOMBERGER  *Digitally signed by HANS C MOMBERGER Date: 2025.08.14 08:16:29 -05'00'*

*Complainant's signature*

Hans C. Momberger, Task Force Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: August 14, 2025

City and state: San Antonio, Texas

*Judge's signature*

ELIZABETH S. CHESTNEY, US MAGISTRATE JUDGE
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Hans Momberger, and I am a Task Force Officer (TFO) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed by ICE and its predecessor agency, the Immigration and Naturalization Service (INS) since September 2, 1997. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On or about August 6, 2025, Heriberto MONSIVAIS Lopez aka "Erik Lopez" (hereafter MONSIVAIS) came to HSI attention via an on-going investigation into the firearms trafficking to Mexico. HSI received information MONSIVAIS was a native and citizen of Mexico unlawfully present in the United States in possession of firearms and had firearms for sale.

Your affiant conducted immigration history and criminal history inquiries and determined MONSIVAIS to be an alien illegally present within the United States with assigned Alien Registration Number A-XXX-XXX-996 and who had been previously removed from the United States on or about March 14, 2019, in Laredo, Texas. There was no indication in DHS records MONSIVAIS applied for or received legal permission to re-enter the United States.

HSI learned that on August 13, 2025, MONSIVAIS was going to be at a specified address in the 800 block of Drury Ln., in San Antonio, Texas, 78221 which is located within the Western District of Texas to sell firearms which were to be trafficked to Mexico.

On August 13, 2025, HSI, with the assistance of the Texas Department of Public Safety (TX DPS) and U.S. Customs and Border Protection (CBP) Air and Marine Operations (AMO), conducted surveillance of the specified address in the 800 block of Drury Ln., in San Antonio, Texas 78221.

The captioned law enforcement officers observed MONSIVAIS sell the following two firearms and 28.93 grams of suspected cocaine:

- Palmetto State Armory (PSA) Micro Dagger Pistol, Caliber 9mm Serial Number JD916266

- Ruger Model EC9s pistol, Caliber 9mm, Serial Number 462-96382







MONSIVAIS was then arrested without incident for violation of Title 18 U.S. Code Section 922(g)(5) Illegal Alien in Possession of Firearm or ammunition and administrative violation of U.S. immigration law.

MONSIVAIS was then transported to the HSI office in San Antonio, TX for further investigation and arrest processing.

At the HSI office, MONSIVAIS's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that MONSIVAIS is a citizen or national of Mexico with assigned Alien Registration Number A-XXX-XXX-996. A review of A-XXX-XXX-996 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that MONSIVAIS is an alien who was previously removed from the United States to Mexico on or about March 14, 2019.

Immigration databases revealed that MONSIVAIS has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, the Secretary for Homeland Security of the United States after his removal. The immigration database checks further revealed that MONSIVAIS has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, the Secretary for Homeland Security of the United States after his removal.

Your affiant is aware that Palmetto State Armory firearms are manufactured in the state of South Carolina and that markings on the Palmetto State Armory (PSA) Micro Dagger Pistol, Caliber 9mm Serial Number JD916266 indicate it was made in the state of South Carolina.

Your affiant is aware that Ruger firearms are manufactured in multiple states outside the state of Texas and that markings on the Ruger Model EC9s pistol, Caliber 9mm, Serial Number 462-96382 indicate it was made in the state of Arizona.

Your affiant is further aware the two firearms detailed above are firearms as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and were not manufactured in the State of Texas and therefore, have moved in interstate and/or foreign commerce.

Based on the foregoing facts, there is probable cause to believe that MONSIVAIS, knowing he was an alien illegally and unlawfully in the U.S., knowingly possessed firearms and that the firearms had travelled in interstate and foreign commerce, in violation of Title 18 United States Code, Section 922(g)(5).

**HANS C MOMBERGER**
Digitally signed by HANS C MOMBERGER
Date: 2025.08.14 08:20:32 -05'00'

_____
Hans C. Momberger
Task Force Officer
Immigration and Customs Enforcement
Homeland Security Investigations


Subscribed and sworn before me the __14th__ day of August 2025.

_____
ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE